■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD BOATWRIGHT, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Orange County (Carey, J.), imposed April 26, 1988, upon his conviction of criminal sale of a controlled substance in the third degree, upon his plea of guilty, the sentence being an indeterminate term of 5 to 10 years' imprisonment.

Ordered that the sentence is affirmed.

The sentence imposed does not constitute cruel and unusual punishment in violation of constitutional limitations (NY

Const, art I, § 5; US Const 8th Amend; *People v Jones,* 39 NY2d 694; *People v Broadie,* 37 NY2d 100, *cert denied* 423 US 950). Nor do we find, under the circumstances of this case, that the sentence, which was within the legally permissible range for a second felony offender convicted of a class B felony offense (Penal Law § 70.06 [3] [b]; [4] [b]), was excessive. In any event, the sentence was the product of a negotiated plea bargain and, thus, the defendant has no cause to complain that it was unduly harsh or excessive *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Lawrence, Sullivan, Harwood and Balletta, JJ., concur.